UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge:   BRIAN R. MARTINOTTI                                Date:   10/25/2022
Court Reporter:   TAMMERA WITTE                             Docket No: 2:20-185-03

Title of the Case:

UNITED STATES OF AMERICA
v.
AARYN ABRAMS

Appearances:

Francesca Liquori, AUSA
Vincent J. Lapaglia, Attorney for Defendant
Rebekah Dawson, USPO

Nature of Proceedings:   Sentencing *(Via Zoom)*

Deft. Present & sworn
Order Regarding Use of Video Conferencing fld.
SENTENCE: 70 Months on each of Counts 1s, 18s and 29s of the 3rd Superseding Indictment, to run concurrently.
SUPERVISED RELEASE:   Total of 4 Years. This term consists of 4 years on Count 1s, 3 Years on Count 18s and 29s, all Counts to run concurrently.
Special Assessment: $300 (due immediately)
Special Conditions:
- Consent to Search
- Drug Testing/Treatment
- No Gangs
- Life Skills/Education
- Motor Vehicle Compliance

Fine:   WAIVED
Defendant was advised of his right to appeal.
Recommendation to BOP:
- a facility for service of this sentence as near as possible to his home address

Forfeiture Order fld.
Hearing on Govt's application to dismiss the 2nd Superseding Indictment & remaining Counts of the 3rd Superseding Indictment specifically Counts 15s, 16s, 17s, 27s, 28s. Court Ordered application GRANTED.
Ordered Deft. remanded.

Commenced: 2:00 pm
Concluded: 3:00 pm

<u>Lissette Rodriguez, Courtroom Deputy</u>
to the Hon. Brian R. Martinotti U.S.D.J.